JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS RIVERA, an individual,<br><br>              Plaintiff,<br><br>     v.<br><br>STOLTZ MANAGEMENT OF DELAWARE, INC, a Pennsylvania corporation; and DOES 1 through 100, Inclusive,<br><br>              Defendants. | CASE NO. CV10-2176 CAS(AGRx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Christina A. Snyder |

///
///
///
///
///
///
///
///
///
///

1

## __ORDER__

2        Pursuant to the parties' Joint Stipulation For Dismissal With Prejudice, it is

3   hereby ORDERED that:

4        Plaintiff's entire action is hereby dismissed with prejudice.  The Court

5   retains jurisdiction to enforce the settlement.

6

7   DATED:  September 16, 2010        By:

8                                          HON. CHRISTINA A. SNYDER
                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-